Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
HALEY J. FILLMORE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY J. FILLMORE, <br><br> Plaintiff, <br><br> v. <br><br> Andrew Saul, <br> Commissioner of Social Security <br><br> Defendant. | Case No.: 2:20-cv-01599-DMC <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include May 21, 2021, in which to file Plaintiff's motion for reversal and/or remand; and that all other deadlines set forth in the April 29, 2021 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: May 20, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE