Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Haley J. Fillmore

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HALEY J. FILLMORE, ) | Case No.: 2:20-cv-01599-DMC |
| Plaintiff, ) | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND NO COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. ) | |
| KILOLO KIJAKAZI, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

TO THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Haley J. Fillmore be awarded attorney fees in the amount of three thousand seven-hundred seventy-eight dollars and seventy five cents ($3,778.75) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of

Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Haley J. Fillmore, the government will consider the matter of Haley J. Fillmore's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Haley J. Fillmore, but if the Department of the Treasury determines that Haley J. Fillmore does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Haley J. Fillmore.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Haley J. Fillmore's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Haley J. Fillmore and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

1     This award is without prejudice to the rights of Cyrus Safa and/or the Law
2 Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under
3 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

4 DATE: December 8, 2021      Respectfully submitted,

5          LAW OFFICES OF LAWRENCE D. ROHLFING

6          /s/ *Cyrus Safa*
7          BY: _____
         Cyrus Safa
         Attorney for plaintiff
8          HALEY J. FILLMORE

10 DATED: December 8, 2021      PHILLIP A. TALBERT
         Acting United States Attorney
11          PETER K. THOMPSON
         Regional Chief Counsel
12          Social Security Administration

14          /s/ *Daniel P. Talbert*
         _____
15          DANIEL P. TALBERT
         Special Assistant United States Attorney
16          Attorneys for Defendant
         KILOLO KIJAKAZI, Acting Commissioner of
17          Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered:

Dated:  December 21, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE